1

2

3

4

5

```
 _____ FILED        _____ RECEIVED
✓_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           AUG 2 2 2011

        CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

6

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,                )
                                            )
9                     Plaintiff,            )
                                            )
10        v.                                )        3:10-CR-113-ECR (RAM)
                                            )
11  WILLIAM ARTHUR DIXON,                   )
                                            )
12  _____Defendant._____ )

13

14

## FINAL ORDER OF FORFEITURE

15        On April 7, 2011, the United States District Court for the District of Nevada entered a

16  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

17  States Code, Section 2253, based upon the plea of guilty by defendant WILLIAM ARTHUR DIXON

18  to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea

19  Memorandum and shown by the United States to have a requisite nexus to the offense to which

20  defendant WILLIAM ARTHUR DIXON pled guilty. #1, #16.

21        This Court finds the United States of America published the notice of the forfeiture in

22  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

23  consecutively from April 15, 2011, through May 14, 2011, further notifying all known third parties

24  of their right to petition the Court. #20.

25        This Court finds no petition was filed herein by or on behalf of any person or entity and the

26  time for filing such petitions and claims has expired.

1 | . . .

2   This Court finds no petitions are pending with regard to the assets named herein and the time

3 for presenting such petitions has expired.

4   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

5 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

6 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

7 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section

8 853(n)(7) and shall be disposed of according to law:

9   a.   Acer Laptop Computer (Serial Number 81310302116); and

10   b.   any book, magazine, periodical, film, videotape, or other matter which

11   contains any such visual depiction, which was produced, transported, mailed,

12   shipped, or received in violation of Title 18, United States Code, Section

13   2252A(a)(5)(B) ("property").

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

15 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

16 as any income derived as a result of the United States of America's management of any property

17 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

18 according to law.

19   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

20 certified copies to the United States Attorney's Office.

21   DATED this ___22___ day of ___August___, 2011.

22   

23   _____
     UNITED STATES DISTRICT JUDGE

24

25

26